**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7783**

_____

STANLEY CURTIS RHODES,

Plaintiff - Appellant,

versus

PETERSBURG, VIRGINIA POLICE DEPARTMENT; POLICE
OFFICER  CARPENTER;  CASANDRE  BURNS,  Munici-
pality's Commonwealth Attorney,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Claude M. Hilton, Chief District
Judge.  (CA-00-1036-AM)

_____

Submitted:  July 12, 2001          Decided:  July 26, 2001

_____

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Stanley Curtis Rhodes, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley Curtis Rhodes appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) action for failure to comply with the court's order that he particularize and amend his complaint. Because the district court's dismissal was without prejudice, it is not appealable. Domino Sugar Corp. v. Sugar Workers Local Union 393, 10 F.3d 1064, 1066 (4th Cir. 1993). Accordingly, we dismiss the appeal. If he chooses, Rhodes may refile his complaint in district court, being careful to be sufficiently particular in the details of his claim to satisfy the district court's prior order. We also deny Rhodes' motion for the appointment of counsel. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984).

We dispense with oral argument because the facts and legal contentions are adequately addressed in the materials before the court and argument would not aid the decisional process.

DISMISSED